**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1092**

In re:  WILLIAM LARNELL ECKLES, JR.,

                    Petitioner.


On Petition for Writ of Mandamus.
(5:00-cr-00046-RLV-4)

Submitted:  April 24, 2014          Decided:  April 29, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

William Larnell Eckles, Jr., Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Larnell Eckles, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 18 U.S.C. § 3582(c)(2) (2012) motion. He seeks an order from this court directing the district court to act. We find that the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED